**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Xandr Inc. fdba AppNexus, Inc.** | | | | | | |
| Bankruptcy Case: | **Sizmek Inc., et al.** | | | | | | |
| Preference Period: | **Dec 29, 2018 - Mar 29, 2019** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sizmek Technologies, Inc. | Sizmek Technologies, Inc. | EFT:26044823 | $33,091.96 | 3/6/2019 | 47490 | 1/2/2019 | $33,091.96 |
| Sizmek Technologies, Inc. | Sizmek Technologies, Inc. | EFT:26044591 | $79,200.43 | 2/12/2019 | 47143 | 12/3/2018 | $79,200.43 |
| Sizmek Technologies, Inc. | Sizmek Technologies, Inc. | EFT:26044296 | $85,701.04 | 1/17/2019 | 46974 | 11/1/2018 | $85,701.04 |
| **Totals:** | | **3 transfer(s),** | **$197,993.43** | | | | |

Xandr Inc. fdba AppNexus, Inc. (2263771)  
Bankruptcy Case: Sizmek Inc., et al.  
Mar 22, 2021

Exhibit A

P. 1